UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV18-10355 JAK (KSx) | Date | April 8, 2019 |
| Title | Nain Carlos Delgado Pimentel v. Huntsman International, LLC, et al. | | |

**Present: The Honorable** JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Arthur Kim | Lonnie D. Giamela (via teleconference) |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND THIS ACTION TO STATE COURT (DKT. 11)**

**SCHEDULING CONFERENCE**

The motion hearing is held. The Court states that its tentative view is to grant Plaintiff's Motion to Remand this Action to State Court (the "Motion"). Counsel address the Court. On or before April 15, 2019, counsel shall each file a supplemental brief, not to exceed five pages, addressing whether Huntsman Advanced Materials Americas LLC did not timely remove this action during the several-month period before it was named as a defendant through the "Doe" process, because it was "a 'real party defendant in interest' or other closely affiliated 'intended defendant' that [was] mistakenly omitted from the initial complaint." *HSBC Bank USA, N.A. v. Mohanna,* No. 15-cv-02130-WHO, 2015 WL 4776236 (N.D. Cal. Aug. 13, 2015). The briefs shall address the following three decisions, which were cited by the Court during the hearing: (i) *HSBC*, 2015 WL 4776236; (ii) *La Russo v. St. George's Univ. Sch. of Med.*, 747 F.3d 90 (2d Cir. 2014); and (iii) *Gebran v. Wells Fargo Bank, N.A.*, No. 16-cv-07616-BRO-MRW, 2016 WL 7471292 (C.D. Cal. Dec. 28, 2016). Upon receipt of the briefs, the Motion will be taken **UNDER SUBMISSION** and a ruling will be issued.

Counsel shall file a separate joint statement by April 15, 2019, regarding their respective and/or collective views as to when the parties believe it would be productive to participate in a settlement conference and, if so, with a particular neutral.

The scheduling conference is not held. The Court will defer setting dates upon its final ruling on the Motion. However, the Court states the likely range for the dates that will be adopted if the Motion is denied.

**IT IS SO ORDERED.**

| | : | 31 |
|---|---|---|
| Initials of Preparer | ak | |